RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/20/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DANIEL ENNIS, JR.<br>LA. DOC # 159225 | CIVIL ACTION NO. 3:11-0501 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| NURSE SUSAN CHOATE | MAGISTRATE JUDGE KAREN L. HAYES |

RULING

Pending before the Court is a civil rights Complaint filed by Plaintiff Daniel Ennis, Jr. ("Ennis") pursuant to 42 U.S.C. § 1983 on March 25, 2011. On August 12, 2011, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 8] in which she recommended that this Court dismiss Ennis' Complaint as frivolous and for failure to state a claim upon which relief may be granted. The same day the Clerk of Court forwarded a copy of the Report and Recommendation to Ennis at Franklin Parish Detention Center, his previous place of confinement. That copy was returned marked "Not here" on August 19, 2011. [Doc. No. 11].

The Clerk of Court received a notice of change of address from Ennis on August 5, 2011; however, the notice was not docketed until August 16, 2011. [Doc. No. 10]. On August 25, 2011, the Clerk of Court sent a second copy of the Report and Recommendation to Ennis at the home address provided in his August 5, 2011 notice. That copy was not returned to the Clerk of Court.

As of this date, Ennis has not filed any objections to the Report and Recommendation.

Having considered the Report and Recommendation of the Magistrate Judge and finding her analysis to be correct under the law, the Court will ADOPT the Report and Recommendation and

DISMISS Ennis' Complaint with prejudice as frivolous and for failure to state a claim upon which relief may be granted.

MONROE, LOUISIANA, this 20th day of September, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE