RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/20/11

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| DANIEL ENNIS, JR.<br>LA. DOC # 159225 | CIVIL ACTION NO. 11-0501 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| NURSE SUSAN CHOATE | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record, as set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(I) and (ii).

MONROE, LOUISIANA, this 20th day of September, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE